# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| **GREGORY ALLEN PEET, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 1:25-cv-00055-SNLJ |
| | ) |
| **CITY OF SIKESTON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court for case review. Plaintiff filed his Complaint on March 26, 2025 (Doc. 1). Five days later, he filed stand-alone Exhibits consisting of 49 pages (Doc. 8). The filing of exhibits that are not attached to the original complaint, an amended complaint, or a motion is not authorized by the Federal Rules of Civil Procedure or this Court's local rules. Further, the filing of exhibits offered as evidence outside of a trial is not authorized by the rules. As such, Document 8 will be stricken and deleted from the record.

Accordingly,

**IT IS HEREBY ORDERED** that Document 8 is **STRICKEN** from the record and the Clerk of Court shall delete Document 8 from the docket.

**SO ORDERED** this 8th day of April, 2025.

_____
**STEPHEN N. LIMBAUGH, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**