# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| GREGORY ALLEN PEET, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-CV-055-SNLJ |
| ) | |
| CITY OF SIKESTON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Now before the court is plaintiff's motion to amend his complaint. [Doc. 31]. Defendants consented to the motion in [Doc. 32]. Because the parties agree this is in the best interest of justice, the Court will grant the motion. Accordingly, the motions in [Docs. 9 and 13] will be terminated as moot. The Clerk of Court should file the Amended Complaint as attached in [Doc. 31-2]

**IT IS HEREBY ORDERED** that plaintiff's motion to amend his complaint [Doc. 31] be GRANTED.

**IT IS FURTHER ORDERED** that the motions in [Docs. 9 and 13] are terminated as moot.

Dated this 13th day of May, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE